IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALLSCRIPTSMISYS, LLC : <br> 8529 Six Forks Road : <br> Raleigh, North Carolina 27615 : <br> : <br>     **Plaintiff** : <br> : <br>     v. : <br> : <br> AMERICAN DIGITAL NETWORKS LLC : <br> 420-I Chinquapin Round Road : <br> Annapolis, Maryland 21401 : <br> (Anne Arundel County) : <br> : <br>     **Defendant.** : <br> _____ | Civil No. _____ |

## VERIFIED COMPLAINT

Plaintiff AllscriptsMisys, LLC ("Allscripts") files this Complaint against defendant American Digital Networks LLC ("ADN") and alleges as follows for its Verified Complaint:

## THE PARTIES

1. Allscripts is a North Carolina limited liability company with its principal place of business at 8529 Six Forks Road, Raleigh, North Carolina, 27615.

2. ADN is a Maryland limited liability company with its principal place of business at 420-I Chinquapin Round Road, Annapolis, Maryland 21401.

## JURISDICTION AND VENUE

3. The Court has original jurisdiction over this case pursuant to 28 U.S.C. 1332(a). The amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are of diverse citizenship.

4. The Court has personal jurisdiction over ADN because it resides and conducts business in this judicial district.

5. Venue is proper in this Court pursuant to 28 USC 1391(a).

## FACTUAL ALLEGATIONS

6. In the course of its business, Allscripts contracted with American Digital Corporation, an Illinois corporation, to provide services to Allscripts.

7. On November 11, 2009, American Digital Corporation sent Invoice number 41309 to Allscripts, requesting payment in the amount of $673,196.31. A copy of that Invoice is attached as Exhibit A.

8. On December 17, 2009, Allscripts issued check number 011343 in the amount of $673,196.31. However, in selecting the payee in Allscripts's drop-down menu in its computerized payment system, an Allscripts employee inadvertently selected Defendant ADN (American Digital Networks) instead of the correct payee, American Digital Corporation. A copy of check number 011343 is attached as Exhibit B.

9. ADN has never performed any services or provided any goods to Allscripts, notwithstanding its presence in Allscript's computerized payment system.

10. In or about December 2009, ADN received check number 011343 from Allscripts in the amount of $673,196.31 and deposited the check into its bank account.

11. On or about January 7, 2010, Allscripts realized its mistake when American Digital Corporation contacted Allscripts regarding the whereabouts of its payment.

12. On or about January 7, 2010, Allscripts contacted ADN through ADN's president, Gary Charles Pick, to inform ADN that its check had been issued in error and to demand reimbursement of the $673,196.31.

13. On or about January 11, 2010, ADN and Mr. Pick offered to return the funds if Allscripts allowed ADN to retain a 6% "fee," which would amount to over $40,000.00.

14. Allscripts declined that offer.

15. ADN and Mr. Pick have not returned any of the mistakenly transferred funds to Allscripts.

### COUNT ONE (Conversion)

16. Plaintiff realleges the allegations set forth in paragraphs 1 through 15 as if fully set forth herein.

17. At all times relevant hereto, funds which were the legal property of Allscripts were in the possession and under the control of ADN. ADN, through the conduct alleged herein, intentionally and wrongfully deprived Allscripts of its funds by converting the funds to its own use.

18. As a direct and proximate result of ADN's conduct, Allscripts has suffered and will continue to suffer damages in the amount of $673,196.31 plus interest.

### COUNT TWO (Unjust Enrichment)

19. Plaintiff realleges the allegations set forth in paragraphs 1 through 15 as if fully set forth herein.

20. Allscripts conferred a benefit on ADN, namely, the check in the amount of $673,196.31.

21. ADN appreciated or had knowledge of the benefit conferred by Allscripts.

22. ADN accepted and retained the benefit under such circumstances as to make it inequitable for ADN to retain the benefit.

23. As a result of the conduct described above, ADN has been and will be unjustly enriched at the expense of Allscripts, and ADN should be required to disgorge the $673,196.31.

### DEMAND FOR JURY TRIAL

24. Plaintiff hereby demands a jury trial.

WHEREFORE, Plaintiff Allscripts respectfully requests:

A. that this Court enter judgment in its favor in the amount of $673,196.31 plus interest, attorneys' fees, and costs incurred in bringing this action; and

B. any other relief that this Court deems just and equitable.

Respectfully submitted,

.

_____/s/_____
Stephanie A. Gallagher, Esq.
[Federal Bar Number 25275]
LEVIN & GALLAGHER LLC
250 W. Pratt Street, Suite 1300
Baltimore, MD  21201
(410) 685-4444
(fax) (410) 685-2222

*Counsel for Plaintiff Allscripts*